# Third District Court of Appeal

## State of Florida

Opinion filed February 16, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-0664
Lower Tribunal No. 20-16106 CC
_____

**Ambush Industries, LLC,**
Appellant,

vs.

**Patti Originals, Inc.,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Alan Fine, Judge.

Cooke Carbonell LLP, and Jorge L. Carbonell and Robert F. Cooke and Arianna M. Mendez, for appellant.

Rodolfo Nuñez, P.A., and Rodolfo Nuñez, for appellee.

Before SCALES, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed. Fla. Stat. § 83.232(5) ("Failure of the tenant to pay the rent into the court registry pursuant to court order shall be deemed an absolute

waiver of the tenant's defenses. In such case, the landlord is entitled to an immediate default for possession without further notice or hearing thereon.").